### 9232. Dumas v. Stafford & Son.

Jenkins, J. 1. In a suit upon an account against a married woman, the
question whether the credit was given to the wife or to the husband
is a question of fact for the jury. *Mitchell* v. *Treanor*, 11 *Ga.* 324
(56 Am. D. 421). There was some evidence to authorize the verdict,
which has the approval of the trial judge, and it can not be set aside
as being without evidence to support it.

2. The first ground of the amendment to the motion for a new trial, not
having been argued in the brief of counsel for plaintiff in error, will
be treated as abandoned.

3. "A ground of a motion for a new trial containing an extract from the
charge of the court and alleging that the court erred in so charging,
but which fails to point out wherein the excerpt quoted is erroneous,
or why it should not have been given, or why different instructions
should have been given, presents nothing for the consideration of a re-
viewing court." *Callaway* v. *Pearson*, 21 *Ga. App.* 565 (94 S. E. 817).

4. A request to charge must be in writing, to make a failure to comply
therewith reversible error. *Broadhurst* v. *Hill*, 140 *Ga.* 211 (78 S. E.
838); *Browder-Manget Co.* v. *West End Bank*, 143 *Ga.* 736 (85 S. E.
881); *Lenox Drug Co.* v. *New England Jewelry Co.*, 16 *Ga. App.* 476
(85 S. E. 681). Thus, an assignment of error based upon a refusal of
the court to give certain charges as requested is not well taken, where
it fails to show that the requests were in writing, or when they were
preferred. *Little* v. *West*, 145 *Ga.* 563 (89 S. E. 682).

Judgment affirmed. *Wade, C. J., and Luke, J., concur.*
Decided May 16, 1918.

Complaint; from city court of Zebulon—Judge Dupree. August
19, 1917.

*H. W. Nalley*, for plaintiff in error. *Redding & Lester*, contra.